Order entered October 22, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01571-CR

### RODNEY EARL DENMARK, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 363rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F07-404420-W**

## ORDER

By letter dated, August 10, 2012, the Court sent the trial judge a letter informing her that, except for the trial court style and number, the certification of appellant's right to appeal was blank. We asked the judge to review the record and to file, within twenty-one days, a certification that accurately reflects the trial court's proceedings. In response, we received the certification that had been prepared in 2007 from the original plea proceedings. The 2007 certification does not apply to the revocation proceedings, and the appeal cannot proceed until the Court has received a correct certification.

Accordingly, this Court **ORDERS** the trial court to file, within **SEVEN DAYS** of the date of this order, a certification of appellant's right to appeal that accurately reflects the trial

court proceedings on the motion to revoke community supervision and adjudicate guilt conducted on July 29, 2011.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Tracy Holmes, Presiding Judge, 363rd Judicial District Court, and to counsel for all parties.

_____
DAVID L. BRIDGES
JUSTICE